IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **GERALD DEXTER JONES,** | : | |
| Plaintiff, | :: | Civil Action No. |
| | : | 3:10-CV-91 (CAR) |
| v. | : | |
| **OCONEE COUNTY JAIL; Sheriff SCOTT BERRY; Captain CHUCK JOHNSON; Ms. MITCHELL; Maintenance Employer,** | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Recommendation [Doc 9] that certain claims and parties be dismissed from this action. The Magistrate Judge recommends that Plaintiff's claims regarding the conditions of confinement and the grievance procedure at the Oconee County Jail and his claim regarding the lack of medical care for his unspecified foot condition be dismissed. It is further recommended that the Oconee County Jail, Maintenance Employer, and Nurse Kim be dismissed from the case. No Objection to the Recommendation was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is accordingly **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 22nd day of March, 2011

                S/ C. Ashley Royal
                C. ASHLEY ROYAL, JUDGE
                UNITED STATES DISTRICT COURT

jlr