# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| GERALD DEXTER JONES, | : | |
| Plaintiff, | : | |
| | : | NO. 3:10-CV-91 (CAR) |
| VS. | : | |
| SCOTT BERRY, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |

## RECOMMENDATION

Because of Plaintiff's failure to advise the Court of his current address and his failure to prosecute his case, it is hereby recommended that his case be dismissed.

Plaintiff's last contact with the Court was on December 20, 2010, when he notified the Court that his address had changed to a detention center in Ocilla, Georgia.

On January 25, 2011, following a 28 U.S.C. § 1915A(a) review of Plaintiff's supplemented Complaint, a Report and Recommendation was entered and mailed to Plaintiff at the Ocilla, Georgia address he provided. Doc. 9. On January 31, 2011, the Report and Recommendation was returned to the Court in an envelope indicating that Plaintiff was no longer an inmate at the facility. Doc. 12.

On March 22, 2011, an Order adopting the above Report and Recommendation was entered and mailed to Plaintiff. Doc. 15. On March 30, 2011, this Order was also returned to the Court in an envelope indicating that Plaintiff was no longer an inmate at the facility. Doc. 17.

Plaintiff's failure to keep the Court apprised of his address makes it impossible for the Court to communicate with him and indicates that he has abandoned his claims. Accordingly, it is **RECOMMENDED** that this case be **DISMISSED**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections

to this recommendation with the district judge to whom this case is assigned, WITHIN FOURTEEN (14) DAYS after being served with a copy thereof. Though it may prove to be an exercise in futility, the Clerk is directed to serve the plaintiff at the **LAST** **ADDRESS** provided by him.

**SO RECOMMENDED**, this 1st day of April, 2011.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge