IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **GERALD DEXTER JONES,** | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| v. | : | 3:10-CV-091 (CAR) |
| | : | |
| **SCOTT BERRY, et al.,** | : | |
| Defendants. | : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 18] that this case be **DISMISSED**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for Plaintiff's failure to advise the Court of his current address and failure to prosecute his case. The Recommendation was mailed to Plaintiff at his last known address but was returned as undeliverable. [Doc. 19]. After careful consideration of the Recommendation, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 6th day of May, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

jlr